UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELCH. | Case No. 1:22-cv-00755-ADA-HBK |
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR LEAVE OF COURT FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF TULARE; NICHOLAS SANDOVAL; HECTOR RODRIGUEZ; DAVID RANDOLPH; and DOES 1-10, inclusive. | (Doc. No. 10) |
| Defendants. | |

Pending before the Court is the Parties' joint motion for leave for Plaintiff to file a first amended complaint filed September 12, 2022. (Doc. No. 10). Defendants consent to Plaintiff being permitted leave to file a first amended complaint within seven (7) days. (*Id*.).[1] The parties further stipulate that Defendants deadline to file a response to the first amended complaint shall be within fourteen (14) days of the filing of the first amended complaint pursuant to Fed. R. Crim. P. 15(a)(3). (*Id*. at 2).

---

[1] Defendants' consent does not eliminate Plaintiff's right to file an amended complaint under Fed. R. Civ. P. 15(a)(1). *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (holding a "[p]laintiff's 15(a)(2) amendment, filed first in time, cannot be construed as a waiver or exhaustion of his automatic right to amend under 15(a)(1), so long as that amendment was timely." *See also T.T. v. Cnty. of San Diego*, No. 319-CV-00407-AJB-AGS, 2020 WL 516146, at *3 (S.D. Cal. Jan. 31, 2020).

    Rule 15 governs amended complaints and supplemental pleadings. Fed. R. Civ. P. 15. Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court should freely give leave when justice so requires." Defendants consent to Plaintiff filing a first amended complaint.

    Accordingly, it is **ORDERED**:

    1. The parties' joint motion for leave for Plaintiff to file a first amended complaint (Doc. No. 10) is GRANTED.

    2. Plaintiff shall file her first amended complaint within seven (7) days of the date on this Order and timely effect service of the first amended complaint upon any unserved defendant.

    3. Defendants shall file a response to Plaintiff's first amended complaint within fourteen (14) days after its filing. Fed. R. Civ. P. 15(a)(3).

Dated:   October 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE