UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELCH,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, CALIFORNIA, ET AL.,<br><br>        Defendant. | NO.  **1:22–CV–00755–KES–HBK**<br><br>**ORDER OF REASSIGNMENT** |

The court, having considered the appointment of **District Judge Kirk E. Sherriff**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **No District Court Judge (NODJ)** to **District Judge Kirk E. Sherriff** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:          **1:22–CV–00755–KES–HBK**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   March 14, 2024

CHIEF UNITED STATES DISTRICT JUDGE