**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Amy I. Myers, SBN 269475
DEPUTY COUNTY COUNSEL
2900 West Burrel, County Civic Center
Visalia, CA 93291
559-636-4950 (phone)
AMyers1@tularecounty.ca.gov

Attorneys for Defendants
COUNTY OF TULARE, NICHOLAS SANDOVAL, HECTOR RODRIGUEZ and DAVID RANDOLPH

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON WELCH; | **Case No.: 1:22-cv-00755-KES-HBK** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| COUNTY OF TULARE; NICHOLAS SANDOVAL; HECTOR RODRIGUEZ; DAVID RANDOLPH and DOES 1-10, inclusive; | |
| Defendants. | First Amended Complaint filed:   10/17/2022 |

Plaintiff SHANNON WELCH ("Plaintiff") and Defendants COUNTY OF TULARE, NICHOLAS SANDOVAL, HECTOR RODRIGUEZ, and DAVID RANDOLPH (collectively "Defendants") (Plaintiff and Defendants jointly referred to as the "Parties") hereby STIPULATE as follows:

1. The current deadline for expert disclosures is May 15, 2024, the current deadline for any expert rebuttal reports is June 17, 2024, and the current deadline for the close of expert discovery is July 29, 2024.

2. Defendants recently completed a first session of Plaintiff's deposition and have scheduled a second session for March 28, 2024.

3. Plaintiff has recently expressed to Defendants an interest in settlement negotiations and intends to submit a settlement demand to Defendants soon so Defendants can evaluate how to proceed with respect to potential settlement negotiations.

4. Settlement discussions are likely to be more productive if the Parties do not first incur significant costs on expert disclosure and discovery prior to settlement efforts.

5. Thus, the Parties hereby stipulate to continue the deadline to disclose experts to July 8, 2024, to continue the deadline to disclose any expert rebuttal reports to July 29, 2024, and to continue the deadline to complete expert discovery to September 6, 2024.

6. Continuing the dates set forth above should not impact any other dates previously set by the Court.

**IT IS SO STIPULATED.**

Dated: March 19, 2024          PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By:   /s/ *William E. Camy*
                                     William E. Camy
                                     Attorney for Defendants


Dated: March 19, 2024          LAW OFFICES OF DALE K. GALIPO


                               By:   /s/ *Benjamin Levine*
                                     Dale K. Galipo
                                     Benjamin Levine
                                     Attorney for Plaintiff

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and good cause appearing, it is hereby ORDERED as follows:

1. The deadline to disclose expert witnesses is continued to July 8, 2024.
2. The deadline to disclose any expert rebuttal reports is continued to July 29, 2024.
3. The deadline to complete expert discovery is continued to September 6, 2024.
4. All other deadlines remain as previously ordered.

**IT SO ORDERED.**

Dated:

_____
KIRK E. SHERRIFF
United States District Judge