UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00755-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 43) |

Pending before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Deadlines filed March 19, 2024. (Doc. No. 43). The Parties request an extension to the deadlines for expert discovery to explore settlement. Extending the expert deadline will avoid the parties' expending unnecessary costs related to expert discovery. The Court finds good cause to grant an extension to certain of the deadlines in the Case Management and Scheduling Order. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 43) is GRANTED to the extent set forth herein.
2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 07/08/2024 |
| Deadline to disclose any expert rebuttal report(s). | 07/29/2024 |
| Deadline to complete expert discovery. | 09/06/2024 |
| Deadline to file pre-trial dispositive motions. | 10/25/2024 |

3. The remaining deadlines and procedures set forth in the July 27, 2023 Case Management and Scheduling Order (Doc. No. 25) otherwise shall govern this action.

Dated:    March 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2