**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

Amy I. Myers, SBN 269475
DEPUTY COUNTY COUNSEL
2900 West Burrel, County Civic Center
Visalia, CA 93291
559-636-4950 (phone)
AMyers1@tularecounty.ca.gov

Attorneys for Defendants
COUNTY OF TULARE, NICHOLAS SANDOVAL, HECTOR RODRIGUEZ and DAVID RANDOLPH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON WELCH; | **Case No.: 1:22-cv-00755-KES-HBK** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| COUNTY OF TULARE; NICHOLAS SANDOVAL; HECTOR RODRIGUEZ; DAVID RANDOLPH and DOES 1-10, inclusive; | |
| Defendants. | First Amended Complaint filed: 10/17/2022 |

Plaintiff SHANNON WELCH ("Plaintiff") and Defendants COUNTY OF TULARE, NICHOLAS SANDOVAL, HECTOR RODRIGUEZ, and DAVID RANDOLPH (collectively "Defendants") (Plaintiff and Defendants jointly referred to as the "Parties") hereby STIPULATE as follows:

1. The Parties have agreed to attend mediation and are scheduled to attend mediation with Judge Alan Simpson on June 12, 2024.

2. For mediation to be most efficient and productive, the Parties have agreed to defer incurring further time and expense on expert work until after mediation. If the Parties are forced to incur time and expense on expert work prior to mediation, it would impact the Parties' settlement positions and make the case more difficult to resolve.

3. The current deadline for expert disclosures is July 8, 2024, the current deadline for any expert rebuttal reports is August 29, 2024, and the current deadline for the close of expert discovery is September 6, 2024.

4. Thus, the Parties hereby stipulate to continue the deadlines for this case as follows:

   a. Expert Disclosures: September 13, 2024
   b. Rebuttal Expert Disclosures: October 14, 2024
   c. Deadline to complete expert discovery: November 29, 2024
   d. Deadline to file Motion for Summary Judgment: January 31, 2025
   e. Pretrial Conference: July 14, 2025 (or as soon thereafter works for the Court)
   f. Trial: September 9, 2025 (or as soon thereafter works for the Court)

**IT IS SO STIPULATED.**

Dated: May 2, 2024              PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By:   /s/ *William E. Camy*
                                      William E. Camy
                                      Attorney for Defendants


Dated: April 30, 2024           LAW OFFICES OF DALE K. GALIPO


                                By:   /s/ *Benjamin Levine*
                                      Dale K. Galipo
                                      Benjamin Levine
                                      Attorney for Plaintiff

**[PROPOSED] ORDER**

Having considered the foregoing stipulation, and good cause appearing, it is hereby ORDERED as follows. The deadlines for this case are re-set as follows:

1. Expert Disclosures: September 13, 2024
2. Rebuttal Expert Disclosures: October 14, 2024
3. Deadline to complete expert discovery: November 29, 2024
4. Deadline to file Motion for Summary Judgment: January 31, 2025
5. Pretrial Conference: July 14, 2025
6. Trial: September 9, 2025

**IT SO ORDERED.**

Dated:

_____
KIRK E. SHERRIFF
United States District Judge