UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00755-KES-HBK<br><br>ORDER GRANTING JOINT MOTION TO AMEND CERTAIN DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 45) |

　　　　Pending before the Court is the Parties' Joint Motion to Extend Case Management and Scheduling Deadlines filed on May 2, 2024.  (Doc. No. 45).  The Parties request an extension to certain deadlines until after their scheduled June 12, 2024 mediation.  The Court finds good cause to grant an extension to certain of the deadlines in the Case Management and Scheduling Order.  Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 45) is GRANTED to the extent set forth herein.
2. The following amended dates shall govern the management of this action.

////

////

| Action or Event | Date |
|---|---|
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2) | 09/13/2024 |
| Deadline to disclose any expert rebuttal report(s). | 10/14/2024 |
| Deadline to complete expert discovery | 11/29/2024 |
| Deadline to file pre-trial dispositive motions | 01/31/2025 |
| Final pretrial conference | 07/14/2025 |
| Trial | 09/16/2025 |

3. The remaining deadlines and procedures set forth in the July 27, 2023 Case Management and Scheduling Order (Doc. No. 25) otherwise shall govern this action.

4. Should the Parties reach a settlement at the mediation, they shall immediately notify the Court. Local Rule 160(a).

Dated:   May 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE