1 | **LAW OFFICES OF DALE K. GALIPO**
2 | Dale K. Galipo (SBN 144074)
  | dalekgalipo@yahoo.com
3 | Benjamin S. Levine (SBN 342060)
4 | blevine@galipolaw.com
  | 21800 Burbank Boulevard, Suite 310
5 | Woodland Hills, California, 91367
6 | Tel: (818) 347-3333 | Fax: (818) 347-4118
7 | **CHAIN | COHN | CLARK**
  | Matthew C. Clark (SBN 218784)
8 | mclark@chainlaw.com
9 | 1731 Chester Ave., Suite 100
  | Bakersfield, CA 93301-5220
10 | Tel: (661) 334-4931 | Fax: (661) 324-1352
11 | *Attorneys for Plaintiff*

12 | **PORTER SCOTT, APC**
13 | William E. Camy (SBN 291397)
  | wcamy@porterscott.com
14 | 2180 Harvard Street, Suite 500
15 | Sacramento, California 95815
  | Tel: (916) 929-1481 | Fax: (916) 927-3706
16 | *Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| SHANNON WELCH, | Case No. 1:22-cv-00755-KES-HBK |
|---|---|
| Plaintiff, | *Honorable Kirk E. Sherriff* |
| v. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF TULARE; NICHOLAS SANDOVAL; HECTOR RODRIGUEZ; DAVID RANDOLPH; and DOES 1-10, inclusive, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | *[Proposed] Order submitted concurrently herewith.* |

1
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Shannon Welch ("Plaintiff") and Defendants County of Tulare, Nicholas Sandoval, Hector Rodriguez, and David Randolph (collectively, "Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

Dated: July 8, 2024          LAW OFFICES OF DALE K. GALIPO

                             By  */s/ Benjamin S. Levine*
                                 Dale K. Galipo
                                 Benjamin S. Levine[1]
                                 Attorneys for Plaintiff


Dated: July 8, 2024          PORTER SCOTT, APC

                             By  */s/ William E. Camy*
                                 William E. Camy
                                 Attorney for Defendants

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE