**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON WELCH, | Case No. 1:22-cv-00755-KES-HBK |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| COUNTY OF TULARE; NICHOLAS SANDOVAL; HECTOR RODRIGUEZ; DAVID RANDOLPH; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action, including the September 16, 2025, Trial Date and the July 14, 2025, Final Pretrial Conference, are VACATED.

IT IS SO ORDERED.

DATED: _____          _____

                                    HONORABLE KIRK E. SHERRIFF
                                    UNITED STATES DISTRICT JUDGE